**No. 56173.**—L. Bamberger & Co. et al. *v.* United States, protests 173991–K, etc. (New York).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, December 18, 1951

**No. 56174.**—Associated Metals & Minerals Corporation *v.* United States, protest 170516–K (New York).

Opinion by Lawrence, J.   When the case was called for trial, the only evidence offered was an amended report of the United States Customs Laboratory, which was received in evidence as exhibit 1.   It was conceded by counsel for the Government that the original laboratory report stating that the merchandise consisted of "needle antimony," and which was the basis of the collector's action, is erroneous.   Upon the record presented, the claim of the plaintiff was sustained.